UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE FLORES,<br><br>         Plaintiff,<br><br> -against-<br><br>DISCOVER BANK; ILLINOIS HUMAN RIGHTS COMMISSION,<br><br>         Defendants. | 24-cv-5331 (PAC)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 8, 2025, order, Plaintiff's claims against Discover are dismissed for failure to state a claim, 28 U.S.C. § 1915(e)(2)(B)(ii), and her claims against the Illinois State Human Rights Commission are dismissed based on Eleventh Amendment immunity, 28 U.S.C. § 1915(e)(2)(B)(iii). Plaintiff's motions to seal (ECF 10, 12-13) are denied.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 11, 2025
     New York, New York

                 /s/ Paul A. Crotty
                 PAUL A. CROTTY
                United States District Judge